1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
9

10   **Brian Whitaker**,
                                              Case: 2:19-CV-06835-SVW-AS
11            Plaintiff,
                                              Judgment Re: Summary Judgment
12       v.

13   **332 Santa Monica Blvd., LLC,** a
     California Limited Liability
14   Company;
     **Gnasher, Inc.,** a California
15   Corporation; and Does 1-10,

16            Defendants.

17

18

19

20       Following the Court's ruling on January 27, 2020, the Court grants

21   JUDGMENT in favor of plaintiff Brian Whitaker and against Defendants

22   332 Santa Monica Blvd., LLC, and Gnasher, Inc.

23       Each having separate obligations to comply with the Americans with

24   Disabilities Act, and each having violated the Americans with Disabilities

25   Act as lessor and lessee, Plaintiff is awarded $4,000 against each Defendant

26   332 Santa Monica Blvd., LLC, and Gnasher, Inc. separately for violating

27   California Civil Code § 52(f).

28

                                    1

1    As Plaintiff is the prevailing party, he is entitled to seek recovery of

2  attorney's fees and costs.

3    Additionally, Defendants are ordered to provide and maintain

4  accessible dining tables and restroom at the Britannia Pub located at 318

5  Santa Monica Blvd., Santa Monica, California, in compliance with the

6  Americans with Disabilities Act Accessibility Guidelines.

7

8  Dated: March 5, 2020    By: _____

9                              Hon.  Stephen V. Wilson
                              United States District Judge
10

11

12

13

14  *Presented by*:
    Dennis Price, Esq.
15  858-375-7385
    dennisp@potterhandy.com
16  Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28